UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 1:06:CR:274

v.

                                             HON. GORDON J. QUIST

TERRANCE DARNELL MALONE,

        Defendant.
_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed March 28, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Terrance Darnell Malone's pleas of guilty to Counts Three and Four of the Indictment are accepted. Defendant Terrance Darnell Malone is adjudicated guilty.

3. Defendant Terrance Darnell Malone shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: April 12, 2007                                        /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE